# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE REVOCABLE LIVING
TRUST OF CHRISTINE MCCORD
BURKETTE BONURA

NO. 2024 CW 0234

VERSUS

CLARENCE WILLIAM BURKETTE

**JUNE 3, 2024**

---

In Re:    Robert Fenet, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 650312.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                                JMG
                                EW
                                TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT